IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

**DARIUS LESTER,**

    **Plaintiff,**

**v.**                                                     **CIVIL ACTION No. 1:25-00153**

**SENIOR TROOPER J.I. JONES,
individually,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's motion to Extend Time to Make Service on defendant.  See ECF No. 3.  As set forth below, that motion is **GRANTED**.

In his motion, plaintiff seeks an additional forty-five (45) days to serve defendant.  Plaintiff details his multiple effort to serve defendant.  In consideration of the foregoing, the court finds that good cause exists to grant plaintiff's motion, and he shall have an additional forty-five (45) days to serve defendant.[1]

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

---

[1] The docket sheet reflects that defendant was served on June 3, 2025.  See ECF No. 6.

It is **SO ORDERED** this 12th day of September, 2025.

>ENTER:
>
>*David A. Faber*
>David A. Faber
>Senior United States District Judge