IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DARIUS LESTER,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:25-00153

SENIOR TROOPER J.I. JONES,
Individually,

    Defendant.

<u>**MEMORANDUN OPINION AND ORDER**</u>

Pending before the court is a joint motion to extend the deadline for mediation to August 6, 2026.  <u>See</u> ECF No. 44.  For good cause shown, that motion is **GRANTED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

IT IS SO ORDERED this 26th day of June, 2026.

ENTER:

David A. Faber
Senior United States District Judge