IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DARIUS LESTER,

Plaintiff,

v. CIVIL ACTION NO. 1:25-00153

SENIOR TROOPER J.I. JONES,
Individually,

Defendant.

**MEMORANDUN OPINION AND ORDER**

On October 19, 2026, the court conducted a final pretrial conference in this matter. Present at that conference were counsel for both parties. The proposed pretrial order was accepted and, pursuant to Local Rule of Civil Procedure 16.7(d), the court will sign it and enter it as the final pretrial order. Given the representation of counsel at the final pretrial conference, defendant's motion in limine (ECF No. 53) is **DENIED** as moot.

Furthermore, for reasons appearing to the court and as discussed at the final pretrial conference, the final settlement conference in this matter is **CONTINUED** to **January 26, 2027, at 1:30 p.m., in Bluefield.** Trial of this matter is **CONTINUED** to **January 27, 2027, at 9:30 a.m., in Bluefield.** Jury instructions

and proposed voir dire are due to the court on or before **January 19, 2027.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

IT IS SO ORDERED this 27th day of October, 2026.

ENTER:

David A. Faber
Senior United States District Judge